

The following constitutes the order of the court.
Signed May 27, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

```
                                |
In re                           |
                                |   No. 14-42418
Darnell Dunn,                   |
                                |
                                |   Chapter 7
                                |
           Debtor.              |
_____|
```

**MEMORANDUM REGARDING LETTER TO COURT FROM DEBTOR**

The above captioned chapter 7 case was filed on June 2, 2014 (Doc. 1). On December 1, 2014, the Debtor received a discharge and the case was closed (Doc. 54). On May 21, 2015, the Court received a letter from the Debtor which requested the Court include Larry Mueller to the chapter 7 bankruptcy case (Doc. 57). The Court is unable to determine what relief the Debtor is requesting. When requesting relief from this Court,

1

the Debtor is required to comply with the Federal Rules of Bankruptcy Procedure, Bankruptcy Local Rules for the Northern District of California, and the applicable Procedures and Guidelines. The Debtor may schedule the case for a status conference using the *Open Calendar Procedure for Judge William J. Lafferty* if a status conference is required. The case will remain closed at this time.

***END OF MEMORANDUM*****

**COURT SERVICE LIST**

Darnell Dunn
5325 E. King Canyon Rd. Apt 210
Fresno, CA 92777

Darnell Dunn
5325 E. King Canyon Rd. # 210
Fresno, CA 93727

Paul Mansdorf
1563 Solano Ave. #703
Berkeley, CA 94707